United States District Court
Southern District of Texas

**ENTERED**

April 20, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOLLOMAN CORPORATION | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:19-cv-04287 |
| V. | § | |
| | § | JURY DEMANDED |
| | § | |
| BRAUN INTERTEC CORPORATION | § | |
| Defendant. | § | |

## ORDER

Considering Defendant ("Nahdi") Motion for Leave to File its Counter-Claim,

IT IS ORDERED that Defendant is hereby granted an extension of file the Counter-Claim.

IT IS FURTHER ORDERED that Defendant Counter-Claim, attached to his Motion for Leave as Exhibit A, is hereby timely filed.

this **20th** day of **April**, 2021.

_____
UNITED STATES DISTRICT JUDGE